UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GEORGE VELEZ,

                            Petitioner,

  -against-

JAMES J. WALSH,

                            Respondent.
-------------------------------------------------------------------X

JUDGMENT
07-CV-1037 (SLT)

       A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on February 9, 2010, dismissing the petition for a writ of *habeas corpus* as time-barred; ordering that a Certificate of Appealability shall not issue; and certifying pursuant to 28 U.S.C. § 1915(a) that any appeal from a judgment denying the petition would not be taken in good faith; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of *habeas corpus* is dismissed as time-barred; that a Certificate of Appealability shall not issue; and that pursuant to 28 U.S.C. § 1915(a) any appeal from a judgment denying the petition would not be taken in good faith.

Dated: Brooklyn, New York
         February 11, 2010

                                         ROBERT C. HEINEMANN
                                         Clerk of Court

